## (September 22, 1941.)

In the Matter of the Application of ELWIN D. AUSTIN, Respondent, for an Order against HARMON BRIDGES, Member and President of the Board of Education and a Trustee of School District No. 1, Town of Long Lake, County of Hamilton, New York (Union Free School District No. 1), and Others, Appellants.— Stay modified, respondent is to be paid moneys due each month under the contract until the issue is decided by this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of WALTER E. STROPE, for the Examination of ALBANY STEEL & IRON SUPPLY COMPANY, INC., to Be Used in an Action About to Be Brought by Said WALTER E. STROPE in the Supreme Court in and for the County of Albany.— Motion for stay. Stay continued, upon the condition the appeal is argued at the September Order and General Calendar Term of this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as. Liquidator of HUDSON COUNTIES TITLE MORTGAGE COMPANY, Respondent, v. JOHN R. SEAMAN and SOPHIE MAY PEDRICK, Appellants.— Motion to dismiss appeals granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

## (September 24, 1941.)

In the Matter of the Application of GEORGE F. CAMFIELD, Appellant, for an Order against CATHERINE MEALY and Others, Constituting the Civil Service Commission of the City of Mechanicville, N. Y., and JOHN B. FOSTER, Respondents. — Stay continued until thirty days after decision by this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

SADIE · GOLDMAN, Appellant, v. ANNA SONTAG and Others, Respondents.— Motion denied, without costs. Hill, P. J., Crapser, Bliss and Schenck, JJ., concur; Foster, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILES GOULD, Appellant.— Motion to extend time to argue appeal. Motion granted and time extended until January, 1942, Order and General Calendar Term of this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NIKITA TALULAFF, Relator, Appellant, v. WILLIAM W. SNYDER, Acting Warden, Clinton State Prison, Dannemora, New York, Respondent.— Motion to extend time within which to perfect appeal· granted. Motion to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of HYMAN GROSSMAN, Appellant, for an Allowance Pursuant to Section 308 of the Code of Criminal Procedure in the Case of PEOPLE OF THE STATE OF NEW YORK v. JOHN EVANS.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

MICHAEL WALLS, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.